Maria Laskowski, also known as Maria Balaban, appellant, v. Erwin E. Cowen, appellee. Gen. No. 39,359.

**616**

Opinion filed May 11, 1938.

L. A. Sherwin, for appellant; Earl C. McCarthy, of counsel. Erwin E. Cowen, *pro se.*

Mr. Presiding Justice Hebel delivered the opinion of the court.